AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Katz, David A | U.S.D.C. Northern, Ohio | 04/20/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 307 U. S. Courthouse<br>1716 Spielbusch Ave.<br>Toledo, Ohio 43624 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President & Trustee | David S. Stone Foundation |
| 2. Member | National Council of Ohio State Univeristy College of Law |
| 3. Trustee/Executive Committee | Mercy Health System - Northern Region |
| 4. Member | Toledo Zoo Foundation Board |
| 5. Member | Advocates for Victims & Justice, Inc. Board |
| 6. Tr5ustee/Executive Committee | Toledo Symphony |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A | 04/20/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A | 04/20/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lepercq Corp. Inc. Fund formerly Pacific Place Ltd | B | Dividend | K | W | | | | | |
| 2. Profit Sharing Plan Fifth Third Bank Trustee | E | Distribution | O | T | Trans to IRA | 8/26 | O | F | |
| 3. Microsoft | A | Dividend | J | T | | | | | |
| 4. Intel (retained com shares) | A | Dividend | J | T | | | | | |
| 5. Israel Bond (4) | B | Interest | K | T | | | | | |
| 6. Spartan Stores, Inc. | | None | K | T | Sale | 2/4 | K | A | |
| 7. Fifth Third Banksafe (4) | B | Interest | K | T | | | | | |
| 8. Lucent Tech (4) | | None | J | T | Sale | 6/30 | J | A | |
| 9. Ericsson Tel(4) | | None | J | T | Sale | 6/30 | J | A | |
| 10. Avaya | | None | J | T | Sale | 6/30 | J | A | |
| 11. Agere(4) | | None | J | T | Sale | 6/30 | J | A | |
| 12. JDS Uniphase | | None | J | T | Sale | 6/30 | J | A | |
| 13. UBS Pace Account | E | Dividend | O | T | Sale | 8/5 | O | G | |
| 14. Shaw Comm Pref | A | Interest | J | T | Sale | 12/16 | J | A | |
| 15. San Juan Basin Royalty Trust | B | Dividend | K | T | Sale | 6/15 | J | A | |
| 16. Alliance Imaging | | None | J | T | Sale | 10/21 | J | A | |
| 17. Primewest Energy Trust | B | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | O =$500,001 - $1,000,000 R =Cost (Real Estate Only) V =Other | P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 S =Assessment W =Estimated | P2 =$5,000,001 - $25,000,000 T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Xerox | A | Dividend | J | T | Sale | 10/21 | J | A | |
| 19. UMB Scout Worldwide Fund | A | Dividend | J | T | | | | | |
| 20. Vanguard Total Skt Mkt-Vipers | A | Dividend | J | T | | | | | |
| 21. IRA, Composed of: | E | Dividend | O | T | Established | 8/26 | O | | |
| 22. Vanguard Long-Term Bond | A | Dividend | J | T | Buy | 9/1 | J | | |
| 23. Diamond Hill SM Cap FD-A | A | Dividend | K | T | Buy | 8/26 | K | | |
| 24. Dodge & Cox Income Fd | B | Dividend | L | T | Buy | 8/26 | L | | |
| 25. Fidelity Adv. Small Cap FD-I | B | Dividend | K | T | Buy | 8/26 | K | | |
| 26. American Growth Fd | B | Dividend | M | T | Buy | 8/26 | M | | |
| 27. Pimco Real Return Bond | A | Dividend | K | T | Buy | 8/26 | K | | |
| 28. Touchstone Mid Cap Growth A | C | Dividend | K | T | Buy | 8/26 | K | | |
| 29. Van Kampen Am Cap | D | Dividend | L | T | Buy | 8/26 | L | | |
| 30. Vanguard Selected Value | C | Dividend | L | T | Buy | 8/26 | L | | |
| 31. Vanguard Short-Term Inv | A | Dividend | L | T | Buy | 8/26 | L | | |
| 32. American FDS - Capital | C | Dividend | L | T | Buy | 8/29 | L | | |
| 33. Oppenheimer Div. MKT | A | Dividend | L | T | Buy | 8/29 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A | 04/20/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A | 04/20/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _May 1, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544